

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

Nos. 04-14-00232-CR, 04-14-00233-CR, & 04-14-00234-CR

**THE STATE OF TEXAS,**
Appellant

v.

Ricardo **GARZA**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court Nos. 413042, 413041, & 413040
The Honorable Michael La Hood, Judge Presiding

## O R D E R

Ricardo Garza was charged in three separate informations with the offenses of driving while intoxicated, possession of a dangerous drug, and possession of less than 38 grams of a controlled substance in penalty group 3. This is a State's appeal from a trial court's order granting Garza's "Motion to Change Venue." In the motion, Garza expressly asked the trial court for "dismissal of these charges." On March 11, 2014, the trial court rendered an order stating Garza's motion "should [i]n all things be: GRANTED." The State filed a motion to clarify, seeking to determine whether this was a dismissal, which the State is entitled to appeal pursuant to article 44.01(a) of the Code of Criminal Procedure, or merely an order transferring venue, which the State may not appeal. The record does not contain an order with regard to the State's motion to clarify, and therefore, the State filed a motion in this court, asking that we abate the appeal and order the trial court to clarify its order on Garza's "Motion to Change Venue."

Accordingly, we abated the appeals and ordered the trial court to clarify whether its March 11, 2014 order "dismissed" the informations or "transferred" the informations based on venue to Medina County. *See* TEX. R. APP. P. 44.4(b). We have now received three supplemental clerk's records containing a "Clarification of Trial Court's Order" signed by the trial court on May 22, 2014. In the order, the trial court makes it clear that the charges in the three cases are not dismissed, but merely transferred to Medina County, which is the county of proper venue.

Accordingly, because article 44.01 of the Texas Code of Criminal Procedure does not appear to authorize the State to appeal from a trial court order transferring venue, we **ORDER** the appeals **REINSTATED**, and we **ORDER** the State to show cause in writing in this court on or before **June 27, 2014** why these appeals should not be dismissed for want of jurisdiction. If the State agrees the appeals should be dismissed, we **ORDER** the State to file a motion to dismiss the appeals in this court on or before **June 9, 2014**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court